## EXHIBIT 2

## U.S. PATENT NO. D513,712

### Plaintiff's Uternity Band



### Infringing Uternity Band

