# EXHIBIT C



Log in    Sign Up

**(800) 466-4900**

Home   Collections   Services     Policies   New Styles   Press   Contact Us

### Collections

Engagement Rings

Three Stone Rings

Wedding Bands

Engagement Sets

Eternity Wedding Bands

Wedding Bands Sets

Fancy Rings

Color Stone Rings

Men's Rings

Pendants

Fancy Wedding Bands

Die Struck Rings

Findings

Discontinued Styles

Products > Eternity Wedding Bands > EWB427-2-4

## EWB427-2-4



  

**newStyles**
discover our new styles

**Order Now**

**Style Information**   **Available Sizes**   **Measurements**

| Style Name: | EWB427-2-4 |
|---|---|
| Style Group Name: | EWB427 |
| Ring Size: | 4 |
| 14K Gold Weight: | 2.1 grams |
| Supplied Stones: | 21-2x2/PR |
| Supplied Stone Weight: | 1.05 CT. |
| Catalog / Page#: | Bridal Book / p:316 NEW BRIDAL BOOK / p:448 |

### About Unique Settings
About Us
Why Unique Settings of New York?

### Customer Service
Toll free: 1(800) 466-4900
Tel: 1 (718) 247-4500

### Policies
Account
Ordering

### Why open an account ?
Track your orders easily
See sales history

### Newsletter Sign Up.
First Name

Log In     Sign Up

**(800) 466-4900**

Home     Collections     Services         Policies     New Styles     Press     Contact Us

## Collections

Engagement Rings

Three Stone Rings

Wedding Bands

Engagement Sets

Eternity Wedding Bands

Wedding Bands Sets

Fancy Rings

Color Stone Rings

Men's Rings

Pendants

Fancy Wedding Bands

Die Struck Rings

Findings

Discontinued Styles

Products > Eternity Wedding Bands > EWB428-2.5-4

### EWB428-2.5-4



 



new Styles
discover our new styles

**Order Now**

Style Information     Available Sizes     Measurements

| | |
|---|---|
| **Style Name:** | EWB428-2.5-4 |
| **Style Group Name:** | EWB428 |
| **Ring Size:** | 4 |
| **14K Gold Weight:** | 3.7 grams |
| **Supplied Stones:** | 24-2.5x2.5/PR |
| **Supplied Stone Weight:** | 2.40 CT. |

### About Unique Settings

About Us

Why Unique Settings of New York?

Our Forms

FAQ

### Customer Service

Toll free: 1(800) 466-4900

Tel: 1 (718) 247-4500

Fax: 1 (718) 425-9953

customerservice@uniquesettings.com

### Policies

Account

Ordering

Shipping

Return

### Why open an account ?

Track your orders easily

See sales history

Keep track of invoices and payments

Save contact information

### Newsletter Sign Up.

First Name

Last Name

Email Address *



Log in    Sign Up

**(800) 466-4900**

Home          Collections          Services                    Policies          New Styles          Press          Contact Us

**Collections**

Engagement Rings

Three Stone Rings

Wedding Bands

Engagement Sets

Eternity Wedding Bands

Wedding Bands Sets

Fancy Rings

Color Stone Rings

Men's Rings

Pendants

Fancy Wedding Bands

Die Struck Rings

Findings

Discontinued Styles

Products > Eternity Wedding Bands > EWB429-4x3-4

**EWB429-4x3-4**



  



newStyles
discover our new styles

**Order Now**

**Style Information    Available Sizes    Measurements**

| | |
|---|---|
| **Style Name:** | EWB429-4x3-4 |
| **Style Group Name:** | EWB429 |
| **Ring Size:** | 4 |
| **14K Gold Weight:** | 5.6 grams |
| **Supplied Stones:** | 20-4x3/OV |
| **Supplied Stone Weight:** | 4.00 CT. |
| **Catalog / Page#:** | Bridal Book / p:323 NEW BRIDAL BOOK / p:455 |

**About Unique Settings**

About Us

Why Unique Settings of New York?

**Customer Service**

Toll free: 1(800) 466-4900

Tel: 1 (718) 247-4500

**Policies**

Account

Ordering

**Why open an account ?**

Track your orders easily

See sales history

**Newsletter Sign Up.**

First Name



Log In      Sign Up

**(800) 466-4900**

Home     Collections     Services       Policies     New Styles     Press     Contact Us

Products > View > EWB463-10-4

## EWB463-10-4

### Collections

Engagement Rings

Three Stone Rings

Wedding Bands

Engagement Sets

Eternity Wedding Bands

Wedding Bands Sets

Fancy Rings

Color Stone Rings

Men's Rings

Pendants

Fancy Wedding Bands

Die Struck Rings

Findings

Discontinued Styles



  



**newStyles**
discover our new styles



**Order Now**

**Style Information**    **Available Sizes**    **Measurements**

| | |
|---|---|
| **Style Name:** | EWB463-10-4 |
| **Style Group Name:** | EWB463 |
| **Ring Size:** | 4 |
| **14K Gold Weight:** | 3.5 grams |
| **Supplied Stones:** | 19-0.1/RD |
| **Supplied Stone Weight:** | 1.90 CT. |

### About Unique Settings

About Us

Why Unique Settings of New York?

Our Forms

FAQ

### Customer Service

Toll free: 1(800) 466-4900

Tel: 1 (718) 247-4500

Fax: 1 (718) 425-9953

customerservice@uniquesettings.com

### Policies

Account

Ordering

Shipping

Return

### Why open an account ?

Track your orders easily

See sales history

Keep track of invoices and payments

Save contact information

### Newsletter Sign Up.

First Name

Last Name

Email Address *



Log in        Sign Up

**(800) 466-4900**

Home        Collections        Services                    Policies        New Styles        Press        Contact Us

## Collections

Engagement Rings

Three Stone Rings

Wedding Bands

Engagement Sets

Eternity Wedding Bands
   Round
   Princess
   Oval
   Emerald/ Baquette
   Marquise
   Combinations

Wedding Bands Sets

Fancy Rings

Color Stone Rings

Men's Rings

Pendants

Fancy Wedding Bands

Die Struck Rings

Findings

Discontinued Styles

Products > Eternity Wedding Bands > Round

### Eternity Wedding Band

Display [ 120 ▼ ] products per page



EWB100



EWB101



EWB177



EWB246



EWB103



EWB167



EWB298



EWB226



EWB253



newStyles
discover our new styles



EWB178-5



EWB169-15



EWB283



EWB291



EWB322



EWB281





EWB225      EWB200      EWB104

EWB210      EWB260      EWB141

EWB295      EWB158      EWB332

EWB391      EWB237      EWB195

EWB392      EWB153      EWB221

EWB196-7      EWB343      EWB345



EWB118-10     EWB349     EWB351

EWB380     EWB347     EWB383

EWB386     EWB373     EWB376

EWB159-7     EWB417-10     EWB418-20

EWB416-1.5     EWB412     EWB413-5

EWB414-2     EWB415-5     EWB419



EWB420        EWB407        EWB398

EWB409        EWB421        EWB410

EWB424        EWB355        EWB357

EWB359        EWB367        EWB102

EWB197        EWB426        EWB430

EWB431        EWB432        EWB433



EWB434         EWB435         EWB262

EWB436         EWB441         EWB443

EWB442         EWB448         EWB451

EWB450         EWB452         EWB453

EWB446         EWB455         EWB457

EWB458         EWB459         EWB460





EWB461     EWB469     EWB464

EWB462     EWB465     EWB470

EWB471     EWB474     EWB463

EWB481     EWB483     EWB485

EWB449     EWB488     EWB491

EWB495     EWB496     EWB497





EWB498        EWB499        EWB500

EWB501        EWB502        EWB503

EWB504        EWB505        EWB506

EWB507        EWB508        EWB509

EWB510        EWB511

### About Unique Settings

About Us
Why Unique Settings of New York?
Our Forms
FAQ
Unique Blog
Site Map

### Customer Service

Toll free: 1(800) 466-4900
Tel: 1 (718) 247-4500
Fax: 1 (718) 425-9953
customerservice@uniquesettings.com
sales@uniquesettings.com
Business Hours:
Monday to Friday 9 AM to 6 PM (EST)

### Policies

Account
Ordering
Shipping
Return
Cancellation
Privecy

### Why open an account ?

Track your orders easily
See sales history
Keep track of invoices and payments
Save contact information
**Sign up now!**

### Newsletter Sign Up.

First Name

Last Name

Email Address *

Subscribe



Log in    Sign Up

**(800) 466-4900**

Home      Collections      Services                              Policies      New Styles      Press      Contact Us

### Collections

Products > Eternity Wedding Bands > Princess

Engagement Rings

Three Stone Rings

Wedding Bands

Engagement Sets

Eternity Wedding Bands

   Round

   Princess

   Oval

   Emerald/ Baquette

   Marquise

   Combinations

Wedding Bands Sets

Fancy Rings

Color Stone Rings

Men's Rings

Pendants

Fancy Wedding Bands

Die Struck Rings

Findings

Discontinued Styles

#### Eternity Wedding Band

Display [120 ▼] products per page


EWB229


EWB181-4


EWB160


EWB362


EWB427


EWB428 ✓


EWB454


EWB466


EWB490


newStyles
discover our new styles

---

#### About Unique Settings

About Us

Why Unique Settings of New York?

Our Forms

FAQ

Unique Blog

Site Map

#### Customer Service

Toll free: 1(800) 466-4900

Tel: 1 (718) 247-4500

Fax: 1 (718) 425-9953

customerservice@uniquesettings.com

sales@uniquesettings.com

Business Hours:

Monday to Friday 9 AM to 6 PM (EST)

#### Policies

Account

Ordering

Shipping

Return

Cancellation

Privacy

#### Why open an account ?

Track your orders easily

See sales history

Keep track of invoices and payments

Save contact information

**Sign up now!**

#### Newsletter Sign Up.

First Name

Last Name

Email Address *

Subscribe

Log in     Sign Up

**(800) 466-4900**

Home     Collections     Services         Policies     New Styles     Press     Contact Us

**Collections**

Products > Eternity Wedding Bands > Oval

### Eternity Wedding Band

- Engagement Rings
- Three Stone Rings
- Wedding Bands
- Engagement Sets
- Eternity Wedding Bands
  - Round
  - Princess
  - Oval
  - Emerald/ Baguette
  - Marquise
  - Combinations
- Wedding Bands Sets
- Fancy Rings
- Color Stone Rings
- Men's Rings
- Pendants
- Fancy Wedding Bands
- Die Struck Rings
- Findings
- Discontinued Styles

Display 30 ▼ products per page



EWB315



EWB429



newStyles
discover our new styles

### About Unique Settings
- About Us
- Why Unique Settings of New York?
- Our Forms
- FAQ
- Unique Blog
- Site Map

### Customer Service
- Toll free: 1(800) 466-4900
- Tel: 1 (718) 247-4500
- Fax: 1 (718) 425-9953
- customerservice@uniquesettings.com
- sales@uniquesettings.com
- Business Hours:
  - Monday to Friday 9 AM to 6 PM (EST)

### Policies
- Account
- Ordering
- Shipping
- Return
- Cancellation
- Privacy

### Why open an account ?
- Track your orders easily
- See sales history
- Keep track of invoices and payments
- Save contact information
- **Sign up now!**

### Newsletter Sign Up.
First Name
Last Name
Email Address *

Subscribe



Log in    Sign Up

**(800) 466-4900**

Home        Collections        Services                Policies    New Styles    Press    Contact Us

## Collections

Engagement Rings

Three Stone Rings

Wedding Bands

Engagement Sets

Eternity Wedding Bands
  Round
  Princess
  Oval
  Emerald/ Baquette
  Marquise
  Combinations

Wedding Bands Sets

Fancy Rings

Color Stone Rings

Men's Rings

Pendants

Fancy Wedding Bands

Die Struck Rings

Findings

Discontinued Styles

Products > Eternity Wedding Bands > Emerald/ Baquette

### Eternity Wedding Band

Display [ 30 ▼ ] products per page



EWB242



EWB202



EWB171



EWB438



EWB216



EWB472



newStyles
discover our new styles

## About Unique Settings

About Us

Why Unique Settings of New York?

Our Forms

FAQ

Unique Blog

Site Map

## Customer Service

Toll free: 1(800) 466-4900

Tel: 1 (718) 247-4500

Fax: 1 (718) 425-9953

customerservice@uniquesettings.com

sales@uniquesettings.com

Business Hours:

Monday to Friday 9 AM to 6 PM (EST)

## Policies

Account

Ordering

Shipping

Return

Cancellation

Privacy

## Why open an account ?

Track your orders easily

See sales history

Keep track of invoices and payments

Save contact information

**Sign up now!**

## Newsletter Sign Up.

| First Name |
| Last Name |
| Email Address * |

Subscribe

Log in       Sign Up

**(800) 466-4900**

Home     Collections     Services         Policies     New Styles     Press     Contact Us

## Collections

Engagement Rings

Three Stone Rings

Wedding Bands

Engagement Sets

Eternity Wedding Bands
- Round
- Princess
- Oval
- Emerald/ Baquette
- Marquise
- Combinations

Wedding Bands Sets

Fancy Rings

Color Stone Rings

Men's Rings

Pendants

Fancy Wedding Bands

Die Struck Rings

Findings

Discontinued Styles

Products > Eternity Wedding Bands > Marquise

## Eternity Wedding Band

Display [ 30 ▼ ] products per page



EWB235



EWB208



new Styles
discover our new styles

### About Unique Settings

About Us

Why Unique Settings of New York?

Our Forms

FAQ

Unique Blog

Site Map

### Customer Service

Toll free: 1(800) 466-4900

Tel: 1 (718) 247-4500

Fax: 1 (718) 425-9953

customerservice@uniquesettings.com

sales@uniquesettings.com

Business Hours:

Monday to Friday 9 AM to 6 PM (EST)

### Policies

Account

Ordering

Shipping

Return

Cancellation

Privacy

### Why open an account ?

Track your orders easily

See sales history

Keep track of invoices and payments

Save contact information

**Sign up now!**

### Newsletter Sign Up.

[ First Name ]

[ Last Name ]

[ Email Address * ]

Subscribe



Log in     Sign Up

**(800) 466-4900**

Home    Collections    Services      Policies    New Styles    Press    Contact Us

### Collections

Products > Eternity Wedding Bands > Combinations

Engagement Rings

Three Stone Rings

Wedding Bands

Engagement Sets

Eternity Wedding Bands
    Round
    Princess
    Oval
    Emerald/ Baquette
    Marquise
    Combinations

Wedding Bands Sets

Fancy Rings

Color Stone Rings

Men's Rings

Pendants

Fancy Wedding Bands

Die Struck Rings

Findings

Discontinued Styles

#### Eternity Wedding Band

Display [ 30 ▼ ] products per page


EWB199


EWB278


EWB276


EWB318


EWB319


EWB334


EWB173


EWB228


EWB353


newStyles
discover our new styles


EWB219


EWB190


EWB273


EWB224


EWB198


EWB222





**EWB188**      **EWB187**      **EWB408**





**EWB393**      **EWB397**      **EWB437**





**EWB445**      **EWB472**      **EWB476**





**EWB175**      **EWB275**

## About Unique Settings

About Us
Why Unique Settings of New York?
Our Forms
FAQ
Unique Blog
Site Map

## Customer Service

Toll free: 1(800) 466-4900
Tel: 1 (718) 247-4500
Fax: 1 (718) 425-9953
customerservice@uniquesettings.com
sales@uniquesettings.com
Business Hours:
Monday to Friday 9 AM to 6 PM (EST)

## Policies

Account
Ordering
Shipping
Return
Cancellation
Privacy

## Why open an account ?

Track your orders easily
See sales history
Keep track of invoices and payments
Save contact information
**Sign up now!**

## Newsletter Sign Up.

First Name

Last Name

Email Address *

Subscribe

Collections | Services | Unique Advantage | Our Catalogs | Policies | Press | About US | Testimonials | News | Trade Shows | Education | Our Forms | Contact Us | Terms & Conditions

Copyright © 1999-2016 Unique Settings of New York. All rights reserved.







